

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On May 23, 2019, appellees filed a motion to strike appellant's brief. On May 24, 2019, this court stuck appellant's brief from our record. Accordingly, we DENY appellees' motion to strike as moot.

On May 23, 2019, appellees filed a motion to dismiss the appeal for want of prosecution. We DENY appellee's motion to dismiss.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court